UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANNY F. TABB, et al.,

Plaintiffs,

v.

PIERCE COUNTY, et al.,

Defendants.

CASE NO. 3:26-cv-05400-JHC-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed de novo the Report and Recommendation (R&R) of Magistrate Judge David W. Christel (Dkt. # 77), the objection to the R&R (Dkt. # 86), and the remaining record, does hereby find and ORDER:

(1) Only one of the Plaintiffs objected to the R&R. Dkt. # 86. The objection does not persuade the Court that the R&R contains any error. Thus, the Court adopts the R&R.

(2) All plaintiffs other than Plaintiff Danny Tabb are dismissed from this action without prejudice to their right to file new, separate lawsuits pursuant to Federal Rule of Civil Procedure 21. The request to waive all dismissed Plaintiffs' payment of filing fees in these new, separate actions is denied without prejudice.

(3) Plaintiff Tabb must file an amended complaint concerning only those conditions of confinement affecting him on or before thirty days from the date of this Order. Failure to file an amended complaint or to comply with this Order by the required deadline will result in dismissal of this action.

(4) The objection contains a request for appointment of counsel. Dkt. # 86. Such a request would seem moot, as this order dismisses the objecting Plaintiff from this matter. In any event, the request does not seek to meet the applicable exceptional circumstances test. *See Agyeman v. Corrections Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). Thus, the Court DENIES the request.

(5) Finally, Nonparty Lars Allen Kallenbach's motion to join (Dkt. 54) is DENIED. No further motions for joinder will be entertained in this action.

**DATED** this 12th day of August, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge