UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANNY F. TABB,<br><br>Plaintiff,<br>v.<br><br>PIERCE COUNTY, et al.,<br><br>Defendants. | CASE NO. 3:26-cv-05400-JHC-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: October 29, 2026 |

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Danny F. Tabb, proceeding *pro se*, was directed to file an amended complaint on or before September 12, 2026. Dkt. 92. The Court warned Plaintiff that if he did not file an amended complaint or comply with the Court's order by September 12, 2026, Plaintiff's case would be dismissed. *Id*.

Prior to the Court's September 12, 2026 Order, Plaintiff had sought an extension of time to file the amended complaint. Dkt. 90. The Court denied Plaintiff's request for an extension of time on September 21, 2026, and directed Plaintiff to file the amended complaint on or before

September 30, 2026. Dkt. 106. The Court again warned Plaintiff his case would be subject to dismissal if he did not comply with the Court's Orders. *Id*.

Plaintiff has failed to comply with the Court's Orders. He has not filed an amended complaint concerning only those conditions of conferment affecting him as directed by the Court on August 12, 2026 and again on September 21, 2026. *See* Dkts. 92, 106. Therefore, the Court recommends this case be dismissed without prejudice for failure to follow a Court order and failure to provide an amended complaint.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **October 29, 2026**.

Dated this 8th day of October, 2026.

David W. Christel
United States Magistrate Judge