UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANNY F. TABB,<br>Plaintiff,<br>v.<br>PIERCE COUNTY, et al.,<br>Defendants. | CASE NO. 3:26-cv-05400-JHC-DWC<br><br>ORDER VACATING REPORT AND RECOMMENDATION |

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Danny F. Tabb, proceeding *pro se*, was directed to file an amended complaint on or before September 12, 2026. Dkt. 92. The Court warned Plaintiff that if he did not file an amended complaint or comply with the Court's order by September 12, 2026, Plaintiff's case would be dismissed. *Id*.

Prior to the Court's August 12, 2026 Order, Plaintiff had sought an extension of time to file the amended complaint. Dkt. 90. The Court denied Plaintiff's request for an extension of time on September 21, 2026, and directed Plaintiff to file the amended complaint on or before

September 30, 2026. Dkt. 106. The Court again warned Plaintiff his case would be subject to dismissal if he did not comply with the Court's Orders. *Id*.

Unbeknownst to the Court, Plaintiff did not receive a copy of the Court's September 21, 2026 Order. Thus, on October 8, 2026, the Court recommended Plaintiff's case be dismissed. Dkt. 107. As it appears Plaintiff did not receive the Court's September 21, 2026 Order directing him to file an amended complaint, the Court finds it appropriate to vacate the October 8, 2026 Report and Recommendation. The Court still finds Plaintiff should not be given an extension of time to file the amended complaint. Therefore, Plaintiff must file the amended complaint on or before October 16, 2026. If Plaintiff does not file the amended complaint on or before October 16, 2026, the Court will recommend dismissal of this action.

The Clerk is directed to provide Plaintiff with a copy of the Court's September 21, 2026 Order (Dkt. 106) and this Order. The Clerk is also directed to vacate the October 8, 2026 Report and Recommendation (Dkt. 107). Plaintiff must file an amended complaint that complies with the Court's August 12, 2026 Order on or before October 16, 2026.

Dated this 9th day of October, 2026.

David W. Christel
United States Magistrate Judge