UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANNY F. TABB,

Plaintiff,

v.

PIERCE COUNTY, et al.,

Defendants.

CASE NO. 3:26-cv-05400-JHC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed de novo the Report and Recommendation of Magistrate Judge David W. Christel (Dkt. 111), and the remaining record, does hereby find and ORDER:

(1) Plaintiff did not file any objection to the Report and Recommendation. The Court adopts the Report and Recommendation.

(2) This case is dismissed without prejudice based on Plaintiff's failure to respond to a Court order and failure to file an amended complaint.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

//

//

//

**DATED** this 25th day of November, 2026.

JOHN H. CHUN
United States District Judge